# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

135500

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 135500
                                       COA: 278197
                                       Genesee CC: 04-014327-FH
                                                    04-014328-FH

RAYMOND HAROLD VLIET,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 7, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

Clerk

p0616